IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR RASHAAD COLE, | : Civil No. 3:15-cv-1699 |
| Petitioner | : (Judge Mariani) |
| v. | : |
| KEVIN KAUFFMAN, *et al.*, | : |
| Respondents | : |

## ORDER

**AND NOW**, this 31st day of May, 2016, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 9) to dismiss the habeas petition as untimely is **GRANTED**.

2. The petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

Robert D. Mariani
United States District Judge